DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAMUEL W. PUGLIA,**
Appellant,

v.

**ROBERT KELLY BLAKE, THUNDER BALL POINT (2014) LTD.,** a
Bahamian Company, and **STANIEL MANAGEMENT, INC.,**
Appellees.

No. 4D2024-3211

[April 9, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Richard Levenson, Judge; L.T. Case No. 062018CA006080AXXXCE.

Walter J. Taché of Taché, Bronis and Associates, P.A., Miami, for appellant.

John Preston Seiler, Richard Joseph Zaden, and Jonathan Benjamin Lewis of Law Offices of Seiler, Sautter, Zaden, Rimes & Wahlbrink, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***